UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

                                   Docket No.: CV2005-0710
                              U.S.          D.N.Y.(JG) (MDG)

           Plaintiff,      ★SEPT 30 2005 ★

        - against –            BROOKLYN OFFICE ORDER DIRECTING ENTRY OF

                                          <ins>DEFAULT JUDGMENT</ins>

STEALTH WINDOWS, INC., AVANT GUARDS,
INC., STEALTH WINDOWS OF MASSACHUSETTS,
INC., THE GLASS HOUSE, INC., STEALTH
WINDOWS OF CALIFORNIA, INC., STEALTH
WINDOW WORKS, INC., STEALTH WINDOWS OF
BROOKLYN, INC., STEALTH WINDOWS OF
TEXAS, INC., BARRY BORGEN, REVA BORGEN,
MAHAVASH ROUHANI, and PARVIZ ROUHANI
a/k/a PAUL ROUHANI,

                      Defendants.

-------------------------------------------------------------- X

     The summons and complaint in this action having been duly served on the above-named defendants on or before May 9, 2005 (with the exception of defendants Stealth Windows of Brooklyn, Inc. and Stealth Windows of Texas, Inc., against whom this action has been voluntarily dismissed), and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavits of Lewis Stockman and Stephen H. Ross, each sworn to September 15, 2005,

     NOW, on motion of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, attorneys for plaintiff, it is hereby

98177 v1

ORDERED and ADJUDGED, that plaintiff American Automobile Insurance Company, with offices at 11605 Haynes Bridge Road, Suite 200, Alpharetta, GA 30004, recover of the defendants Stealth Windows, Inc., 232 Varet Street, Brooklyn, New York 11206, Avant Guards, Inc., 219 Cook Street, Brooklyn, New York 11206, Stealth Windows of Massachusetts, Inc., 232 Varet Street, Brooklyn, New York 11206, The Glass House, Inc., 234 Varet Street, Brooklyn, New York 11206, Stealth Windows of California, Inc., 232 Varet Street, Brooklyn, New York 11206, Stealth Window Works, Inc., 219 Cook Street, Brooklyn, New York 11206, Barry Borgen, 281 Roselle Avenue, Cedarhurst, New York 11516, Reva Borgen, 281 Roselle Avenue, Cedarhurst, New York 11516, Mahavash Rouhani, 4632 Cape Charles Drive, Plano, Texas 75024, and Parviz Rouhani a/k/a Paul Rouhani, 4632 Cape Charles Drive, Plano, Texas 75024, and each of them, jointly and severally, the sum of $112,947.03, with interest at the rate of nine percent from April 14, 2004 ~~in the sum of $~~ *(JG)* together with the sum of $71,572.25, with interest at the rate of nine percent from July 18, 2005, ~~in the sum of $~~ and the sum of $210,620.19, with interest at the rate of nine percent from February 4, 2005, ~~amounting in all to the sum of $~~, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefor. *The Clerk is directed to enter judgment accordingly.*

Dated: Brooklyn, New York
_____9-30_____, 2005

By: _s/John Gleeson_____
   (District Judge)

98177 v1