UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

                Plaintiff,

   -against-

STEALTH WINDOWS, INC., AVANT GUARDS,
INC., STEALTH WINDOWS OF MASSACHUSETTS,
INC., THE GLASS HOUSE, INC., STEALTH
WINDOWS OF CALIFORNIA, INC., STEALTH
WINDOW WORKS, INC., STEALTH WINDOWS OF
BROOKLYN, INC., STEALTH WINDOWS OF
TEXAS, INC., BARRY BORGEN, REVA BORGEN,
MAHAVASH ROUHANI, and PARVIZ ROUHANI
a/k/a PAUL ROUHANI,

                Defendants.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 0710 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 11 2005 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been
filed on October 3, 2005, directing the Clerk of Court to enter judgment against the
defendants jointly and severally, in the sum of $112,947.03, with interest at the rate of nine
percent from April 14, 2004, together with the sum of $71,572.25, with interest at the rate of
nine percent from July 18, 2005, and the sum of $210,620.19, with interest at the rate of nine
percent from February 4, 2005, plus interest at the legal rate in effect on the date of this
judgment; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff,
American Automobile Insurance Company, and against defendants, Stealth Windows, Inc.,
232 Varet Street, Brooklyn, New York 11206, Avant Guards, Inc., 219 Cook Street,
Brooklyn, New York 11206, Stealth Windows of Massachusetts, Inc., 232 Varet Street,
Brooklyn, New York 11206, The Glass House, Inc., 234 Varet Street, Brooklyn, New York
11206, Stealth Windows of California, Inc., 232 Varet Street, Brooklyn, New York 11206
Stealth Window Works, Inc., 219 Cook Street, Brooklyn, New York 11206, Barry Borgen,
281 Roselle Avenue, Cedarhurst, New York 11516,

JUDGMENT
05-CV- 0710 (JG)


 Reva Borgen, 281 Roselle Avenue, Cedarhurst, New York 11516, Mahavash Rouhani, 4632

Cape Charles Drive, Plano, Texas 75024, and Parviz Rouhani a/k/a Paul Rouhani, 4632

Cape Charles Drive, Plano, Texas 75024, and each of them, jointly and severally in the sum

of $112,947.03, with interest at the rate of nine percent from April 14, 2004 together with the

sum of $71,572.25, with interest at the rate of nine percent from July 18, 2005, and the sum

of $210,620.19, with interest at the rate of nine percent from February 4, 2005, plus interest

at the legal rate in effect on the date of this judgment.



Dated: Brooklyn, New York
      October 05, 2005

                                      s/Robert C. Heinemann
                                       ROBERT C. HEINEMANN
                                       Clerk of Court