UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OCT 20 2005

----------------------------------------------------------X

AMERICAN AUTOMOBILE INSURANCE COMPANY,

JUDGMENT (REVISED)
05-CV-0710 (JG)

Plaintiff,

- against –

STEALTH WINDOWS, INC., AVANT GUARDS, INC., STEALTH WINDOWS OF MASSACHUSETTS, INC., THE GLASS HOUSE, INC., STEALTH WINDOWS OF CALIFORNIA, INC., STEALTH WINDOW WORKS, INC., STEALTH WINDOWS OF BROOKLYN, INC., STEALTH WINDOWS OF TEXAS, INC., BARRY BORGEN, REVA BORGEN, MAHAVASH ROUHANI, and PARVIZ ROUHANI a/k/a PAUL ROUHANI,

Defendants.
----------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 3, 2005, directing the Clerk of Court to enter judgment against the defendants jointly and severally, in the sum of $112,947.03, with interest at the rate of nine percent from April 14, 2004, together with the sum of $71,572.25, with interest at the rate of nine percent from July 18, 2005, and the sum of $210,620.19, with interest at the rate of nine percent from February 4, 2005, plus interest at the legal rate in effect on the date of this judgment;

And a Judgment dated October 5, 2005 having been filed herein on October 11, 2005 for the aforesaid respective principal sums, but without computing the respective amounts of interest thereon to the date thereof; it is

JUDGMENT
05-CV-0710 (JG)

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, American Automobile Insurance Company, and against defendants, Stealth Windows, Inc., 232 Varet Street, Brooklyn, New York 11206, Avant Guards, Inc., 219 Cook Street, Brooklyn, New York 11206, Stealth Windows of Massachusetts, Inc., 232 Varet Street, Brooklyn, New York 11206, The Glass House, Inc., 234 Varet Street, Brooklyn, New York 11206, Stealth Windows of California, Inc., 232 Varet Street, Brooklyn, New York 11206, Stealth Window Works, Inc., 219 Cook Street, Brooklyn, New York 11206, Barry Borgen, 281 Roselle Avenue, Cedarhurst, New York 11516, Reva Borgen, 281 Roselle Avenue, Cedarhurst, New York 11516, Mahavash Rouhani, 4632 Cape Charles Drive, Plano, Texas 75024, and Parviz Rouhani a/k/a Paul Rouhani, 4632 Cape Charles Drive, Plano, Texas 75024, and each of them, jointly and severally in the sum of $112,947.03, with interest at the rate of nine percent from April 14, 2004 in the sum of $15,011.12, together with the sum of $71,572.25, with interest at the rate of nine percent from July 18, 2005 in the sum of $1,394.19, and the sum of $210,620.19, with interest at the rate of nine percent from February 4, 2005 in the sum of $12,619.90, amounting in all to the sum of $424,164.68, plus interest at the legal rate in effect on the date of this Judgment; and that the plaintiff have execution therefor.

Dated: Brooklyn, New York
      October 20, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court